IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WORTH BEAUTY LLC, | § § | |
| *Plaintiff*, | § § | CASE NO. 4:17-cv-01682 |
| v. | § § | |
| ALLSTAR PRODUCTS GROUP, LLC, AND ALLSTAR MARKETING GROUP, LLC | § § § | (JUDGE NANCY F. ATLAS) |
| | § | JURY TRIAL REQUESTED |
| *Defendants*. | § | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Worth Beauty LLC and Defendants/Counter-Claimants Allstar Products Group, LLC and Allstar Marketing Group, LLC by and through their respective counsel, hereby stipulate and agree that all of the claims and counterclaims in this action shall be dismissed with prejudice, each party to pay its own costs and fees.

Respectfully submitted

*/s/Julie B. Cunningham*
David K. Anderson (Attorney-in-Charge)
david@andersonlawfirm.com
SBT No. 01174100
SDT No. 7405
Julie B. Cunningham
julie@andersonlawfirm.com
SBT No. 05240700
SDT No. 15051
ANDERSON & CUNNINGHAM, P.C.
Four Houston Center
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-655-0260

**ATTORNEYS FOR PLAINTIFF
WORTH BEAUTY LLC**

1

455305v7

/s/Robert P. Latham
Robert P. Latham (Attorney-in-Charge)
blatham@jw.com
SBT No. 1197550
SDT No. 13142
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: 214-953-6095

Jamila M. Brinson
jbrinson@jw.com
SBT No. 24074867
SDT No. 1127492
JACKSON WALKER L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-3246
FAX: 713-308-4112

Dana M. Susman, Esq.
dsusman@kanekessler.com
KANE KESSLER, P.C.
666 Third Avenue
New York, New York 10017
Telephone: (212) 541-6222

**ATTORNEYS FOR DEFENDANTS
ALLSTAR PRODUCTS GROUP, LLC AND
ALLSTAR MARKETING GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically pursuant to Local Rule 5 and that a copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule 5 via the Court's CM/ECF on this 25th day of February, 2019.

/s/   Julie B. Cunningham
Julie B. Cunningham